BERNHARDT MULLER, Appellant, *v.* THE CITY OF NEWBURGH Respondent.

(Argued April 10, 1887; decided May 10, 1887.)

*Howard Thornton* for appellant.

*James G. Graham* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed